UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON EDGARDO SIGUENZA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DOMINGO URIBE JR.,<br><br>　　　　Respondent. | No. CV 11-8020-RGK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. Petitioner seeks to add a new claim that is unexhausted and not cognizable. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Petitioner's Motion for Leave to Amend the First Amended Petition for Writ of Habeas Corpus is denied.

The action is referred back to the Magistrate Judge for further proceedings.

DATED: March 10, 2022

R. GARY KLAUSNER
United States District Judge