JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON EDGARDO SIGUENZA,<br><br>Petitioner,<br><br>v.<br><br>DOMINGO URIBE, JR.,<br><br>Respondent. | Case No. 2:11-cv-08020-SSS-AGR<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of Magistrate Judge, **IT IS ADJUDGED** that the Petition in this matter is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: February 14, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-